ACCEPTED
03-15-00376-CV
8021547
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 5:08:24 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 5:08:24 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| DELORES GALVAN, | § | |
| Appellant, | § | |
| V. | § | **CASE NO. 03-15-00376-CV** |
| | § | |
| ROBERT LEAKE, INDIVIDUALLY | § | |
| AND ZEBRA INSTRUMENTS | § | |
| CORPORATION, | § | |
| Appellees. | § | |

## APPELLANT'S FIRST AMENDED FOURTH MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DOLORES GALVAN ("Ms. Galvan" or "Plaintiff"), Appellant in the above styled and number cause, and files this First Amended Fourth Motion to Extend Time to File Appellant's Brief, and in support thereof, would respectfully show unto this Court the following:

**I.**

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Ms. Galvan would show:

1)      the deadline for filing Appellant's Brief was October 28, 2015;

2)      Three Requests for Extension of Time to File Appellant's Brief has been

previously granted;

3)    Ms. Galvan requests that the deadline to file Appellant's Brief be extended 15 days from the filing of this motion, or until December 15, 2015;

4)    In its previous filing submitted on November 25, 2015, Defendant has proposed that if the Court is inclined to grant this extension, that it grant only an additional 15 days, to which Ms. Galvan concurs;

5)    Undersigned counsel reasonably believes that he will be able to complete and file Appellant's Brief within the time requested; and

6)    No further requests for an Extension of Time to File Appellant's Brief shall be requested.

Further, counsel requests this extension of time to file Appellant's Brief because of an unusually heavy trial schedule. Said trials and trial preparation have caused undersigned counsel to be unable to complete Appellant's Brief within the deadline.

Additionally, undersigned counsel was being assisted in researching and drafting Appellant's Brief in this Cause by attorney Gerald Staton, who passed away suddenly on November 9, 2015. At the time of his passing, Mr. Staton was in possession of the trial record in this case, as well as other documents and research materials to be accessed and referred to in drafting Appellant's Brief. Those

materials have only been returned very recently to undersigned counsel.

Finally, as stated above, undersigned counsel reasonably believes that he will be able to complete and file the Appellant's Brief in this cause within the additional time requested herein.

## **PRAYER**

PREMISES CONSIDERED, APPELLANT DOLORES GALVAN prays that this Court grant Appellant's First Amended Fourth Motion to Extend Time to File Appellant's Brief . Appellant further prays for any other relief to which she may show herself justly entitled.

Respectfully submitted,

/s/ Scott Ogle
Scott Ogle
TBN: 00797170
2028 Ben White Blvd.
Austin, TX 78704
Phone: (512) 442-8833
Fax:    (512) 442-3256
soglelaw@peoplepc.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that a conference was held with opposing counsel on November 24, 2015, and said counsel is opposed to the granting of the relief requested in this motion, but opposing counsel has proposed the granting of only a 15 day extension, if the Court is disposed to granting an extension.

/s/ Scott Ogle
Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was furnished to opposing counsel by a manner compliant with the rules on November 30, 2015.

/s/ Scott Ogle
Scott Ogle